IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN WAYNE DAVENPORT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. CIV-20-358-C ) |
| BECKY PATA, et al., | ) ) |
| Defendant. | ) ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action, brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on July 16, 2020, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned recommendation of the Magistrate Judge. No point would be served in repeating that analysis. There is nothing asserted by the Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's Motion for Expedited Review and Emergency Injunctive Relief Due to Imminent Danger (Dkt. No.

33) is denied. This matter is recommitted to the Magistrate Judge for proceedings consistent with the initial Order of Referral.

    IT IS SO ORDERED this 5th day of August, 2020.

*[Signature]*
ROBIN J. CAUTHRON
United States District Judge